

Villanova University School of Law

Opinions of the United
States Court of Appeals
for the Third Circuit

8-7-2008

# Boyd v. Warden SCI Waymart

Precedential or Non-Precedential: Precedential

Docket No. 07-2185

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Boyd v. Warden SCI Waymart" (2008). *2008 Decisions.* Paper 596.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/596

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No.  07-2185

———

CHRISTOPHER BOYD

v.

WARDEN, SCI WAYMART;
DISTRICT ATTORNEY OF PHILADELPHIA COUNTY, PENNSYLVANIA;
ATTORNEY GENERAL, COMMONWEALTH OF PENNSYLVANIA,

Appellants

———

On Appeal from United States District Court for the
Eastern District of Pennsylvania
D.C. Civil Action No. 06-cv-00491
(Honorable Petrese B. Tucker)

———

Present:  SCIRICA, *Chief Judge*,
SLOVITER, McKEE, BARRY, AMBRO, FUENTES,
SMITH, FISHER, CHAGARES, JORDAN and HARDIMAN, *Circuit Judges*

**O R D E R**

The Court, sua sponte, orders rehearing *en banc* in the above-captioned matter.  It

is ordered that the Clerk of this Court list the above case for rehearing *en banc* on

Wednesday, September 24, 2008, at 11:00 a.m.

BY THE COURT,

/s/ Anthony J. Scirica
*Chief Judge*

Boyd v. Warden SCI Waymart et al.
07-2185
Page 2


DATED:  August 7, 2008
smw/cc:     Cheryl J. Sturm, Esq.
            Susan E. Affronti, Esq.